UNITED STATES DISTRICT COURT
District of Columbia

CHARLES M. BAGENSTOSE,
    Plaintiff

v.   CASE NUMBER 1:06CV01245 RCL

GOVERNMENT OF THE DISTRICT OF COLUMBIA,
    Defendant

and

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Defendant

Affidavit ~~CERTIFICATE~~ OF SERVICE BY PROCESS SERVER

I, Ross Blanks, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby certify and say:

That I am over 18 years of age.

That I reside at the following address: 10307 Birwood CT Large M.D. 20774

That at 1209 o'clock a.m./p.m. on the 18 day of July 2006 I served the above named defendant GOVERNMENT OF THE DISTRICT OF COLUMBIA by leaving a copy of the Summons and Complaint at the Office of the Mayor (Secretary's Office), 1350 Pennsylvania Ave., N. W., Rm. 419, Washington, D. C. 20004 with A. Thompson, a person of approximately 30 years of age, who stated that he/she works therein with the defendant.

_____
Signature

RECEIVED
JUL 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
District of Columbia

CHARLES M. BAGENSTOSE,
    Plaintiff

v.                                    CASE NUMBER   1:06CV01245 RCL

GOVERNMENT OF THE DISTRICT OF COLUMBIA,
    Defendant

    and

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Defendant

Affidavit ~~CERTIFICATE~~ OF SERVICE BY PROCESS SERVER

I, _Ross S Blanks_, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby certify and say:

That I am over 18 years of age.

That I reside at the following address: _10307 Birwood CT. Largo MD. 20774_

That at _11:00_ o'clock a.m./p.m. on the _18_ day of _July_ 20_06_ I served the above named defendant GOVERNMENT OF THE DISTRICT OF COLUMBIA by leaving a copy of the Summons and Complaint at the Office of the Attorney General, Civil Division, 441 4th Street, N. W., Suite 600S, Washington, D. C. 20001 with _Darlene Fields_, a person of approximately _40_ years of age, who stated that he/she works therein with the defendant.

                                            _Ross S Blanks_
                                            Signature

**RECEIVED**

JUL 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT