UNITED STATES DISTRICT COURT
District of Columbia

EEOC
WASHINGTON FIELD OFFICE

2006 JUL 18 A 11: 39

1801 L ST. NW
WASHINGTON DC 20507

CHARLES M. BAGENSTOSE,
Plaintiff

v.

CASE NUMBER 1:06CV01245 RCL

GOVERNMENT OF THE DISTRICT OF COLUMBIA,
Defendant

and

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Defendant

Affidavit ~~CERTIFICATE~~ OF SERVICE BY PROCESS SERVER

I, Ross Blanks, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby certify and say:

That I am over 18 years of age.

That I reside at the following address: 10307 Birwood Ct. Largo MD. 20774

That at 11:39 A o'clock a.m./p.m. on the 18 day of July 2006 I served the above named defendant U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION by leaving a copy of the Summons and Complaint at the EEOC Washington Field Office, 1801 L Street, N. W., Suite 100, Washington, D. C. 20507 with Latricia Hall, a person of approximately 30 years of age, who stated that he/she works therein with the defendant.

_Ross S. Blanks_
Signature

**RECEIVED**

JUL 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
District of Columbia

CHARLES M. BAGENSTOSE,
    Plaintiff

v.                                       CASE NUMBER  1:06CV01245  RCL

GOVERNMENT OF THE DISTRICT OF COLUMBIA,
                     Defendant

and

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
                     Defendant

Affidavit ~~CERTIFICATE~~ OF SERVICE BY PROCESS SERVER

I, Ross Binks, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby certify and say:

That I am over 18 years of age.

That I reside at the following address: 10307 Birwood CT Largo MD, 20774

That at 1:20 o'clock a.m./p.m. on the 18 day of July 2006

I served the above named defendant U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION by leaving a copy of the Summons and Complaint at the U. S. Attorney General's Office, Department of Justice, 950 Pennsylvania Ave., N. W., Washington, D. C. 20530 with _____, a person of approximately _____ years of age, who stated that he/she works therein with the defendant.

Received PHB
Messenger Center
601 D St. N.W.
7/18/06
1:20 P.M.

_____
Signature

Refused to sign for summons

RECEIVED
JUL 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
District of Columbia

CHARLES M. BAGENSTOSE,
        Plaintiff

v.                                              CASE NUMBER  1:06CV01245 RCL

GOVERNMENT OF THE DISTRICT OF COLUMBIA,
                        Defendant

        and

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
                        Defendant

Affidavit
~~CERTIFICATE~~ OF SERVICE BY PROCESS SERVER

I, Ross Banks, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby certify and say:

That I am over 18 years of age.

That I reside at the following address: 10307 Birwood CT Largo MD 20724

That at 1230 P o'clock a.m./p.m. on the 18 day of July 20 06

I served the above named defendant U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION by leaving a copy of the Summons and Complaint at the U. S. Attorney's Office, 501 3rd. Street, N. W., Washington, D. C. 20001 with ~~REGINALD~~ RONAN, a person of approximately 36 years of age, who stated that he/she works therein with the defendant.

**RECEIVED**

JUL 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Signature