UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles M. Bagenstose,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1245 (RCL) |
| v. ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL FORTY DAYS TO FILE A DISPOSITIVE MOTION IN RESPONSE TO THE COMPLAINT

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional forty (40) days to file its dispositive Motion. A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on July 25, 2006, undersigned counsel spoke to the plaintiff, who indicated that he consented to the relief requested herein.

                                                    Respectfully submitted,

                                                    ROBERT J. SPAGNOLETTI
                                                    Attorney General for the District of Columbia

                                                    GEORGE C. VALENTINE
                                                    Deputy Attorney General
                                                    Civil Litigation Division

                                                    */s/ Holly M. Johnson /s/*
                                                    HOLLY M. JOHNSON [476331]
                                                    Section Chief
                                                    General Litigation Section III

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo [468306]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2006, a copy of the foregoing Motion was mailed postage prepaid to:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo
        Assistant Attorney General

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles M. Bagenstose,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-1245 (RCL)** |
| v. ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL FORTY DAYS TO FILE A DISPOSITIVE MOTION IN RESPONSE TO THE COMPLAINT**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional forty (40) days to file its dispositive Motion in response to the Complaint. In support of the relief requested herein, the District states as follows:

On July 11, 2006, the plaintiff's filed his Complaint. The District's Answer or dispositive Motion would be due on August 7, 2006. The District of Columbia expects that it will be filing a dispositive Motion that may be based on arguments including res judicata, statute of limitations and/or a failure to exhaust administrative remedies. However, undersigned counsel needs to obtain a copy of the plaintiff's OHR/EEO file related to the instant case as well as filings in the Superior Court cases cited by the plaintiff. It is critical that undersigned counsel be able to review these documents in advance of filing a dispositive motion, as the information contained in the agency case and the Superior Court cases may be crucial to the District's substantive arguments.

3

For instance, such information could be dispositive of the District's argument that the issues raised by the plaintiff have already been decided by a Court of competent jurisdiction. Moreover, the information could buttress the defendant's claim that the plaintiff filed the instant Complaint outside of the statute of limitations. Accordingly, the District expects that, once the information has been obtained and reviewed, the District will file a Motion for Summary Judgment.[1]

To that end, it will take some time to obtain these documents. Therefore, the District is requesting an additional forty days from when the Answer or dispositive Motion would have been due for the District to file its dispositive Motion. If the Court grants the District's request, the District's dispositive Motion would be due on September 18, 2006. Given the legal significance of the information that may be contained in the agency file and other documents to the District's substantive arguments, the District submits that such an extension of time is reasonable. Moreover, an additional forty days is equivalent to the time period that the District would have in responding to a Complaint if it was filed in Superior Court. The District submits that the plaintiff will not be prejudiced by this brief delay.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] The District acknowledges that filing a Motion for Summary Judgment at this early stage is unusual. However, the District submits that this case is in a unique procedural posture, as there are numerous filings and administrative and judicial findings relevant to the allegations in this case. Accordingly, the District believes that issues raised by the plaintiff have already been adjudicated and therefore, a motion for summary judgment would be proper.

4

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

5

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Charles M. Bagenstose,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **Civil No. 06-1245 (RCL)** |
| **v.** | ) |
| | ) |
| **District of Columbia, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL FORTY DAYS TO FILE A DISPOSITIVE MOTION IN RESPONSE TO THE COMPLAINT**

Upon consideration of the Defendant's Consent Motion for An Additional Forty (40) Days to File Its Dispositive Motion in Response to the Complaint and the facts and law considered, it is this ____ day of _____, 2006,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District of Columbia shall respond to the Complaint on or before September 18, 2006.

_____
Judge Lamberth
United States District Court