# EXHIBIT B

DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN RIGHTS AND
MINORITY BUSINESS DEVELOPMENT

| | |
|---|---|
| In the Matter of: | COMPLAINT |
| Charles M. Bagenstose | DOCKET NO. 96-263-DC(CN) |
| COMPLAINANT | |
| -v- | |
| D.C. Public Schools | |
| RESPONDENT | |

## DISCRIMINATION COMPLAINT

I, Charles M. Bagenstose, residing at 1019 Butterworth Lane, Upper Marlboro, MD 20774, charge the above Respondent, whose address is 415 12th Street, N.W., Washington, DC 20001, with an unlawful discriminatory practice relating to employment, which occurred on June 19, 1996, by subjecting me to disparate treatment because of my race (white), age (66) and retaliation (filed EEO Complaint).

### THE PARTICULARS ARE:

1.    I was hired by the Respondent on September 1, 1979, as a Chemistry Teacher, at a salary of $19,673 per annum.  My final position was Mathematics Teacher, at a salary of $53,615 per annum.

2.    The Respondent failed to articulate a reasonable, non-discriminatory, reason for subjecting me to differential treatment.

3.    I believe that I have been discriminated against and harassed because of my race (white), age (66) and retaliation (filed EEO Complaint) for the following reasons:

    a.  I have been working for the Respondent for seventeen (17) years.  I was initially assigned to the School Without Walls Senior High School, where I taught for 16 years.  The last school year I was assigned to Jefferson Junior High School.  During this period, I received performance ratings of "outstanding" or "very good," up until 1992-93.  In school years 1993-94 and 1994-95, my annual evaluations were only rated "satisfactory."  My performance those two school years had been consistent with my previous 14-year teaching career with the District, so I obviously disagreed entirely with the evaluations and I made the Principal aware of that.

    b.  During the school year 1994-1995, Ms. Crandall (black), Principal, constantly harassed not only me but also most of the other white teachers.  As a result, I had several conflicts with Ms. Crandall, which were unrelated to my teaching performance. Ultimately, her behavior became intolerable and forced me to file a formal complaint with the Department of Human Rights, which is still under investigation.

    c.   On September 1, 1995, I was reassigned — but never transferred — to Jefferson Junior High School.   During this assignment, I never experienced any problems or had any conflict with Ms. Vera White, Principal.

010

-2-

d.   On June 18, 1996, Ms. White informed me that she had been ordered by Mr. Clifton Taylor, Deputy Director, Office of Fiscal and Personnel Services, D.C. Public Schools, to RIF me.  Ms. White explained that I fell into a special category, and that I was being "riffed" because I had been "excessed" from the School Without Walls the previous year.

e.   Ms. White then proceeded filling out the Competitive Level Documentation Form so as to make it appear to be the basis for the reduction in force action against me.   However, as she admitted before rating me, my fate had already been unilaterally decided. She marked me down heavily for not taking courses that I was never directed to take and for the fact that she had observed some of my slow learner students talking in class, which is a common behavior at Jefferson Junior High School.  Besides, most of the students who were seen talking in my class were students with learning disabilities who were taking Algebra I for the third time.   I am unaware of any punishment having been meted out to the teachers under whom those students failed the first two years.

f.   On June 20, 1996, Respondent handed me my RIF notice.  My Competitive Level Documentation Form was dated June 19, 1996, which means that Ms. White did not complete it until the day before my RIF notice.   That shows that, in my case, the RIF procedures were disregarded and I was excluded from competition with other teachers for the available positions because I was really never ranked on the Competitive Level Documentation Form.

g.   It is my belief that I was discriminated against because of my age (66) and race (white) when the Respondent targeted me as an excess employee to be "riffed" and treated me differently from other teachers, not letting me compete with them as the rules for the 1996 reduction in force stated.   I also believe that Respondent discriminated against me because of retaliation (filed EEO complaint), when Mr. Taylor made the decision to "rif" me even before Ms. White had prepared my Competitive Level Documentation Form.

011

-3-

Therefore, I charge the Respondent with an unlawful discriminatory practice on the basis of my race (white), age (66) and retaliation (filed EEO Complaint), in violation of the District of Columbia Human Rights Act of 1977.

I have not commenced any action, civil, criminal or administrative, based on the above allegation(s), other than the following: CROSS FILED WITH EEOC.

*  *  *  *  *

Charles M. Bagenstose, being duly sworn, deposes and says: that he is the Complainant herein; that he has read the foregoing complaint and knows the contents thereof; that the same is true of his own knowledge, except as to the matters therein stated on information and belief; and that as to these matters he believes the same to be true.

_____
COMPLAINANT'S SIGNATURE

Subscribed and sworn to before me
this 25th day of July, 1996

_____
NOTARY PUBLIC          Mariana C. Lourenco, Notary Public,
                       District of Columbia. My Commission
                       Expires May 14, 2000.

012