# EXHIBIT C

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**



OFFICE OF FISCAL AND PERSONNEL SERVICES
DIVISION OF HUMAN RESOURCES

415 12th Street, N.W., Room 706
Washington, D.C. 20004-1994
202-724-4080, fax: 202-727-3823

June 19, 1996

Mr. Charles Bagentose
SS# 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
Competitive Area:    Jefferson JHS
Competitive Level:   Mathematics

Dear Mr. Bagentose:

    **RE:**    **Specific Notice of Reduction-In-Force**

On May 16, 1996, you received general notice regarding a forthcoming Reduction-In-Force (RIF) within D.C. Public Schools (DCPS). The Board of Education approved a RIF for fiscal year 1996 as part of the deficit reduction plan in response to the budgetary constraints imposed by the U.S. Congress, the District of Columbia Financial Responsibility and Management Assistance Authority, and the Council of the District of Columbia.

This letter of specific notice is to officially notify you, in accordance with the RIF procedures set forth in the Board <u>Rules</u> (copy attached), that your position has been identified for abolishment and you will be released from the competitive level identified above. This action will result in the termination of your employment with DCPS effective **July 19, 1996.**

DCPS, in conjunction with the District of Columbia Department of Employment Services and Department of Human Services, will work to expedite the payment of unemployment payments; to coordinate applications and opportunities for jobs in both the public and private sectors; and, to facilitate the opportunities for job training and placement. Information regarding these transition services is attached.

Your appeal rights are set forth in section 1506 of the Board <u>Rules</u>. Please note that you may not appeal: (a) the establishment of a competitive area smaller than DCPS; (b) the determination that your specific position was selected for abolishment; or (c) your separation; except as provided herein. You may appeal DCPS' failure to follow the procedures set forth in sections 1503 and 1505 of the Board <u>Rules</u>, or, upon one of the bases set forth in section 1506.2 (a) of the Board <u>Rules</u>. The regulations and records pertinent to this action are located in the Division of Human Resources, Presidential Building, Room 706, 415 - 12th Street, N.W., Washington, D.C. 20004.

If you meet the early retirement criteria (fifty (50) years of age with twenty (20) or more years of service, or, twenty-five (25) years of service at any age), you are eligible for a discontinued service retirement annuity. Note that the retirement annuity will be reduced by a 2% penalty for each year short of age fifty-five (55). You may contact the Division of Human Resources for additional information regarding discontinued service retirement. If eligible, you must submit your completed retirement application to the Division of Human Resources within ten (10) working days of receipt of the letter.

282

Reduction-In-Force
Page 2

If you are questioning the abolishment of your specific position, please contact your principal or office manager. Counseling assistance will be available at the Logan School during the week of June 24 - June 28, 1996. If you are interested in meeting with a counselor during this period please call Ms. Jacqueline Bradford, Mr. Melvin Hemphill or Ms. Earnestine Starkey at (202) 724-4080 to make an appointment.

Sincerely,

James R. Daugherty
Director

JRD:rjf

Enclosure

cc: Union Representative
    Labor Relations Branch
    Supervisor
    Staffing Branch
    Personnel File

283