UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES M. BAGENSTOSE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1245 (JDB) |
| | ) |
| **GOVERNMENT OF THE DISTRICT** | ) |
| **OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Equal Employment Opportunity Commission ("EEOC") respectfully moves this Court for an enlargement of time of one week, through and including September 25, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Federal defendant's answer, motion or other response is currently due on September 18, 2006.

2. Undersigned counsel has been newly assigned to this case. She recently has conferred with the agency counsel in this case and has determined that it would be appropriate to file a dispositive motion. However, the EEOC has not had sufficient time to prepare a dispositive motion.

3. Defendant EEOC therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including September 25, 2006.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for the EEOC has conferred with pro se plaintiff and counsel for co-defendant District of Columbia. They have graciously given consent to the relief requested.

A proposed Order consistent with this Motion is attached.

For these reasons, the EEOC requests that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond to the Complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2006, a copy of the foregoing Defendant's Consent Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530