UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES M. BAGENSTOSE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1245 (RCL) |
| | ) |
| **GOVERNMENT OF THE DISTRICT** | ) |
| **OF COLUMBIA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANT'S MOTION
TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Equal Employment Opportunity Commission ("EEOC") respectfully moves this Court for a second enlargement of time, through and including October 25, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1.  Federal defendant's answer, motion or other response is currently due on September 25, 2006.

2.  Prior to the first request for an extension of time undersigned counsel had conferred with the agency counsel in this case and had determined that it would be appropriate to file a dispositive motion.  Defense counsel anticipated filing a dispositive motion on September 25, however, on the day of filing it was determined that the EEOC would need additional time in which to complete its review of the complaint and to present a proposed dispositive motion.  Defense counsel regrettably was unable to anticipate this development in sufficient time to

request another extension in advance of the filing date.

3. Defendant EEOC therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including October 25, 2006. Defense counsel asks for 30 additional days in which to file a dispositive motion because she will be away from October 1 through 15 and will not be available to complete the motion during this time period.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for the EEOC contacted pro se plaintiff and counsel for co-defendant District of Columbia via telephone on September 25. Neither party was available and their positions are not know at the time of filing.

A proposed Order consistent with this Motion is attached.

For these reasons, the EEOC requests that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond to the Complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058

United States Attorney

   /s/_____

RUDOLPH CONTRERAS, D.C. Bar # 434122

United States Attorney



   /s/_____

CHARLOTTE A. ABEL, D.C. Bar # 388582

Assistant United States Attorney

United States Attorney's Office

Civil Division

555 4th Street, N.W.

Washington, D.C. 20530

(202) 307-2332

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 25th day of September, 2006, a copy of the foregoing Defendant's Consent Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774


   /s/_____

                                          CHARLOTTE A. ABEL, D.C. Bar #388582
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, NW
                                          Washington, D.C. 20530