UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES M. BAGENSTOSE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1245 (RCL) |
| | ) | |
| **GOVERNMENT OF THE DISTRICT** | ) | |
| **OF COLUMBIA et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Upon consideration of the EEOC's Second Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that EEOC's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant EEOC shall have up to and including October 25, 2006, to answer or otherwise respond to the complaint.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies:
Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

Dana K. DeLorenzo
Office of the Attorney
General for D.C.
441 4th St., N.W.
6th Floor South
Washington, D.C. 20001