UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles M. Bagenstose,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1245 (RCL) |
| v. ) | |
| ) | |
| **District of Columbia,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION (WITH PLAINTIFF'S CONSENT) TO EXTEND TIME TO FILE ITS REPLY

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional five (5) business days, to October 27, 2006, to file its Reply to the plaintiff's Opposition to the District's Motion for Summary Judgment. A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on October 17, 2006, undersigned counsel spoke to the plaintiff, who indicated that he consented to the relief requested herein. Also on this date, undersigned counsel left a voicemail message for Charlotte Abel, Esq., counsel for the federal defendants. As of the date the instant motion was filed, undersigned counsel has not received a responsive telephone call from Ms. Abel.

                                                Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Nicole Lynch /s/*
        NICOLE LYNCH [471953]
        Section Chief
        General Litigation Section III

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo [468306]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2006, a copy of the foregoing Motion was mailed postage prepaid to:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo
        Assistant Attorney General

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles M. Bagenstose,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-1245 (RCL)** |
| **v.** ) | |
| ) | |
| **District of Columbia,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION (WITH PLAINTIFF'S CONSENT) TO EXTEND TIME TO FILE ITS REPLY

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby submits this request for the Court to grant it an additional five (5) business days, to October 27, 2006, to file its Reply to the plaintiff's Opposition to the District's Motion for Summary Judgment. In support of the relief requested herein, the District states as follows:

On July 11, 2006, the plaintiff filed his Complaint. The District filed a comprehensive Motion for Summary Judgment on September 18, 2006. On October 13, 2006, the plaintiff's Opposition was filed with the Court, which was beyond the usual eleven days for an opposition. The District's Reply would therefore be due on or before October 20, 2006. However, due to the press of business, the District would respectfully an additional five (5) business days, until October 27, 2006, to file its Reply.

The District submits that the plaintiff will not be prejudiced by this brief delay, as the EEOC, the other named defendant, has been given leave until October 25, 2006, to file an Answer or dispositive Motion. Moreover, the plaintiff consented to the relief requested herein.

WHEREFORE, the District respectfully requests the relief sought herein.

3

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Nicole Lynch /s/*
NICOLE LYNCH [471953]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles M. Bagenstose,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**District of Columbia,** *et al.***,** )<br>)<br>**Defendants.** )<br>_____) | **Civil No. 06-1245 (RCL)** |

## ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S MOTION (WITH PLAINTIFF'S CONSENT) TO EXTEND TIME TO FILE ITS REPLY

Upon consideration of the Defendant's Motion, any opposition thereto, and the facts and law considered, it is this \_\_\_\_ day of _____, 2006,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District of Columbia shall file its Reply to the plaintiff's Opposition to the District's Motion for Summary Judgment on or before October 27, 2006.

_____
Judge Lamberth
United States District Court