UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES M. BAGENSTOSE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1245 (JDB) |
| | ) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendant moves to dismiss this case under Fed. R. Civ. P. 12(b)(6) and 12(b)(1) for lack of subject matter jurisdiction and for failure to state a claim. The plaintiff is suing the EEOC for allegedly improperly disposing of plaintiff's discrimination complaint against his employer, the District of Columbia government. There is no waiver of sovereign immunity for plaintiff's cause of action. In addition, plaintiff's recourse is to file a claim of discrimination against his employer in federal court.

WHEREFORE, defendant moves to dismiss this case as to the EEOC.

/s/
JEFFERY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
United States Attorney


/s/
CHARLOTTE A. ABEL, D.C. Bar # 388582

Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332