UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES M. BAGENSTOSE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1245 (JBD) |
| ) | |
| **GOVERNMENT OF THE DISTRICT** ) | |
| **OF COLUMBIA et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**O R D E R**

Upon consideration of the EEOC's Motion to Dismiss the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that EEOC's Motion to Dismiss is GRANTED;

It is FURTHER ORDERED: that this cases shall be dismissed as to the EEOC..

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies:
Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774


Dana K. DeLorenzo
Office of the Attorney
General for D.C.
441 4th St., N.W.
6th Floor South
Washington, D.C. 20001