# EXHIBIT I

# Human Rights Enforcement

**WHO WE ARE:**

The Office of Human rights seeks to eliminate discrimination, increase equal opportunity and protect human rights in the District of Columbia. To accomplish its mission, the office of enforces the D.C. Human Rights Act of 1977 and other laws and policies on nondiscrimination. The office is the advocate for the practice of good human relations and mutual understanding among the racial, ethnic and religious groups in the District of Columbia.

**WHAT WE DO:**

Investigate and process complaints of unlawful discrimination in employment, housing, public accommodations and educational institutions. Places of public accommodation include restaurants, hospitals, financial institutions and insurance companies. The D.C. Human Rights Act prohibits discrimination in these areas based on the following:

| EMPLOYMENT | HOUSING AND PUBLIC ACCOMMODATIONS | EDUCATIONAL INSTITUTIONS |
|---|---|---|
| Race | Race | Race |
| Color | Color | Color |
| Religion | Religion | Religion |
| National Origin | National Origin | National Origin |
| Sex | Sex | Sex |
| Age | Age | Age |
| Marital Status | Marital Status | Marital Status |
| Personal Appearance | Personal Appearance | Personal Appearance |
| Sexual Orientation | Sexual Orientation | Sexual Orientation |
| Family Responsibilities | Family Responsibilities | Family Responsibilities |
| Disability | Disability | Disability |
| Political Affiliation | Political Affiliation | Political Affiliation |
| Matriculation | Matriculation | Source of Income |
| Genetic Information | Family Status | Gender Identity or Expression |
| Gender Identity or Expression | Source of Income | |
| | Place of Residence/Business | |
| | Gender Identity or Expression | |

- Protect the equal employment opportunity rights of District government employees
- Review, approve and monitor the affirmative action plans of all District government departments and agencies. This includes review of the special emphasis program for the disabled.
- Investigate complaints and conditions causing community tension and conflict, which could lead to breaches of the peace and public disorder.
- Conduct hearing on major issues affecting the protection and promotion of human rights.
- Assess local and federal laws and policies to the community at large.
- Make recommendations to the Mayor and the District Council based on reports, studies and hearings conducted by the Office.

## HOW TO FILE A COMPLAINT WITH THE OFFICE

### Who Can File

- You may file if you believe you have been discriminated against in employment, housing, public accommodations and educational institutions including insurance and credit because of race, color, religion, national origin, sex, age, personal appearance, sexual orientation, political affiliation, family responsibilities, disabilities, matriculation, marital status, source of income and place of residence or business, genetic information and gender identity or expression.

- You do not have to be a District of Columbia resident, but the alleged discrimination must have take place in the District of Columbia. Your complaint must be filed with the office within one year of the occurrence or discovery of the alleged discriminatory act.

- If you are a D.C. government employee alleging employment discrimination you should first consult an EEO Counselor in your agency or an at large counselor, in another agency. The EEO Counselor has 21 calendar days in which to seek a solution on an informal basis. You may file formal charges with the office within 15 calendar days of your final interview with the EEO Counselor.

- If your area federal employee alleging employment discrimination, you should contact and EEO counselor in your agency or the EEOC.

### Procedures for Filling a Complaint

Call the D.C. Office of Human Rights at 202-727-4559. Monday through Friday, between 8:30 a.m. and 5:00 p.m. and ask for an intake appointment.

**The Complaint Process**

- The counselor will help you draw up your complaint in proper form, which you must sign. The form will be notarized and copies sent to both parties.

- The office tries, whenever possible, to reach a determination in private sector cases within 120 days and public sector cases within 180 days.

- Within 15 calendar days after filing a complaint, the person or organization against which you filed the complaint will be notified of your complaint by the office. The "Respondent" and you, the "Complainant", will be asked to attend mediation within three to five weeks following your filing of the complaint.

- The mediation lasts about two hours, takes place at the Office and is conducted by a mediator. Mediation is an alternative to investigation and eliminates the costly and time consuming preparation and submission of evidence and testimony from witnesses. Mediation can eliminate quickly those cases, which may be merit less under the Act.

- Settlement of an equitable nature will be attempted. If successful, all parties will sign an agreement and your case will be closed. If unsuccessful, the investigation of your case will be continued.

- If the evidence does not support your claim and 'no probable cause" is found, your case will be dismissed. However, in private sector cases, you may apply within 30 days to the office for reconsideration of the finding. If your complaint charged employment discrimination and comes under the purview of the U.S. Equal Employment Opportunity commission, you may appeal the finding to that body. Another option is to take you case to court.

- If the evidence supports your claim, the Office will make a determination of "probable cause" and the respondent will be invited to discuss conciliation. If conciliation fails, your complaint will be sent to the D.C. Commission on Human Rights, and Independent body comprised of 15 volunteer members appointed by the Mayor, for a public hearing.

- The Commission will assign you case to a hearing examiner or panel. Your case will be heard in a court-like setting but without a jury. You and the respondent may have attorneys to advise you and should be prepared to provide witnesses and evidence. The Office may present its findings at the hearing.

- If the facts support your claim, the Commission will issue an order in your favor, which may include compensatory damages and attorney's fees. If the facts fail to support your claim, your case will be dismissed. If either party disagrees with the decision, application may be made to the Commission for reconsideration, or an appeal may be made to the D.C. Courts of Appeals.

- THE COMPLAINT PROCESS FOR DISTRICT GOVERNMENT EMPLOYEES ALLEGING EMPLOYMENT DISCRIMINATION IS SOMEWHAT DIFFERENCT. INFORMATION ABOUT PROCESSING PUBLIC SECTOR CASES MY BE OBTAINED BY CALLING THE OFFICE OF HUMAN RIGHTS.

**OTHER SERVICES WE PROVIDE**

- Forums and Conferences on Human and Civil Rights.
- Speakers to community groups and organizations.
- Equal employment opportunity training.
- Volunteer student internship programs.

**For Further Information, write or call:**

D.C. Office of Human Rights
441 4th Street, N.W.
Suite 570 North
Washington, D.C. 20001
Phone: (202) 727-4559
Fax: (202) 727-9589

*Anthony A. Williams, Mayor*