UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES M. BAGENSTOSE, )
     Plaintiff )
      )
      )
    v. ) Civil Action No. 1:06CV01245(JDB)
      )
GOVERNMENT OF THE DISTRICT )
OF COLUMBIA et al., )
     Defendants )
      )

MOTION FOR ENLARGEMENT OF TIME IN ACCORDANCE
WITH RULE 6, FEDERAL RULES OF CIVIL PROCEDURE

    Upon receipt of Defendant District of Columbia's Motion for Summary Judgment, the Plaintiff made a reasonable and honest effort in good faith to find out how much time he had to file his Opposition. First, he telephoned the Office of the Clerk but was told that he couldn't be given that information, because the Clerk's Office cannot give legal advice. He would have to consult the Court's Rules.

    Then the Plaintiff made a special trip to the Courthouse to pick up a copy of the Rules. He was given one, but was also told that he wouldn't find the answer to his question there. Instead, he was advised to consult the Federal Rules of Civil Procedure, Rules 6 and 56. The Plaintiff then went to the Prince George's County Law Library and looked up the rules. Under Rule 56 he found the following sentence:

> The motion [for summary judgment] shall be served at least 10 days before the time fixed for the hearing. The adverse party prior to the day of hearing may serve opposing affidavits.

    This is the rule to which the Plaintiff was directed by the Clerk's Office, and the one which he went by. He wasn't able to find the 11-day rule in the local Rules, in part because he was told by the Clerk's Office

RECEIVED
NOV - 6 2006
SUPERIOR COURT

RECEIVED
NOV 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

to look in the Federal Rules of Civil Procedure for the submission time requirements.

Now the Defendant is saying that the Court should not accept the Plaintiff's Opposition, because his submission was untimely. However, the Plaintiff found the following sentence under Rule 6 in the Federal Rules of Civil Procedure:

> [The Court may in its discretion] (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

Because the timing of the Plaintiff's Opposition caused no disruption in the course of the Court proceedings, and because he is fighting a noble cause (fair treatment for D. C. Government employees who file discrimination complaints); the Plaintiff requests an enlargement of time so that his Opposition pleading will be accepted. The Plaintiff prays that the Court will not take advantage of his naivete as an excuse to dismiss his case.

Respectfully submitted,

*Charles M. Bagenstose*
Charles M. Bagenstose
Pro se
1019 Butterworth Lane
Upper Marlboro, Maryland 20774
301-336-0622

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Enlargement of Time in Accordance with Rule 6, Federal Rules of Civil Procedure was hand-delivered to the following person on the 6th day of November, 2006:

Dana K. DeLorenzo
Assistant Attorney General
Office of the Attorney General
441 4th Street, N. W., 6th Floor South
Washington, D. C. 20001

*Charles M. Bagenstose*
Charles M. Bagenstose

2