## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2006, a copy of the foregoing Defendant EEOC's Reply was mailed, postage prepaid, to plaintiff, pro se at the following address:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

                                      CHARLOTTE A. ABEL, D.C. Bar #388582
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, NW
                                      Washington, D.C. 20530