UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES M. BAGENSTOSE, )
)
    Plaintiff )
)
    v. ) Case No. 1:06-cv-1245(JDB)
)
GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.,)
)
    Defendants )
)

ADDENDUM TO
OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR SUMMARY JUDGMENT

    The Plaintiff would like to add the following citation to his Opposition to Defendant District of Columbia's Motion for Summary Judgment:

<u>Carey v. Musladin</u>, No. 05-785

    This U. S. Supreme Court decision was handed down on December 11, 2006. Justice Clarence Thomas wrote for the six-member majority. It says that federal courts can get involved in state court cases only if the decision "was contrary to, or involved an unreasonable application of clearly established federal law, as determined by the Supreme Court of the United States."

    In the instant case all of the District of Columbia adjudicative bodies sought to thwart the civil rights laws of this country, including Title VII, through the application of dishonest, deceptive, and devious devices, which also sought to dissuade other reasonable D. C. Government employees from making or supporting charges of discrimination in violation of the U. S. Supreme Court decision <u>Burlington Northern and Santa Fe Railway Co. v. White</u>, No. 05-259.

**RECEIVED**

DEC 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Carey decision should put to rest entirely the Defendant's notion that the D. C. adjudicative bodies are protected by the doctrine of res judicata, even when they commit egregious acts contrary to clearly established federal law.

An aspect of the Plaintiff's case is still before the D. C. Court of Appeals. This matter involves a D. C. Superior Court judge's defamatory remarks and misrepresentations of fact used to justify the Court's dismissal of a meritorious case. The Plaintiff is waiting for a final decision in this court before proceeding in the U. S. District Court.

Respectfully submitted,

Charles M. Bagenstose
Pro se
1019 Butterworth Lane
Upper Marlboro, Maryland 20774
301-336-0622


CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, a copy of the foregoing Addendum to Opposition to Defendant District of Columbia's Motion for Summary Judgment was hand-delivered to the following person:

Dana K. DeLorenzo
Assistant Attorney General
Office of the Attorney General
441 4th Street, N. W., 6th Floor South
Washington, D. C. 20001

Charles M. Bagenstose