UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Charles M. Bagenstose,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. 06-1245 (RCL) |
| v. ) | |
| ) | |
| **District of Columbia, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**NOTICE OF SUBSTITUTION**

The Court will please note: Please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of the District of Columbia with Section Chief Phillip A. Lattimore, III, who now enters his appearance in this case on behalf of the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

        /s/
        DANA K. DELORENZO
        Assistant Attorney General
        Bar Number 468306
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 727-7164
        (202) 727-3625 (fax)
        E-Mail: dana.delorenzo@dc.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 30, 2007, a copy of the foregoing Notice was mailed postage prepaid to:

Charles M. Bagenstose
1019 Butterworth Lane
Upper Marlboro, MD 20774

        /s/ Dana K. DeLorenzo /s/
        Dana K. DeLorenzo
        Assistant Attorney General