UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES M. BAGENSTOSE,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 06-1245 (JDB) |

## ORDER

Upon consideration of [5] defendant the District of Columbia's motion for summary judgment, [10] defendant the U.S. Equal Employment Opportunity Commission's motion to dismiss, [19] plaintiff's motion that a status conference be scheduled, the oppositions and replies thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 16th day of August, 2007, hereby

**ORDERED** that [5] the District's of Columbia's motion for summary judgment is **GRANTED**, and judgment is entered for the District of Columbia on Count I of the Complaint; it is further

**ORDERED** that [10] defendant the U.S. Equal Employment Opportunity Commission's motion to dismiss is **GRANTED**, and Count II of the Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that [19] plaintiff's motion that a status conference be scheduled is **DENIED** as moot.

**SO ORDERED**.

                                                /s/    John D. Bates
                                                  JOHN D. BATES
                                          United States District Judge

Dated:  August 16, 2007