# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Charles M. Bagenstose_
### Plaintiff

vs.                                    Civil Action No. _06 · 1245 (JDB)_

_District of Columbia, et. al._
### Defendant

## NOTICE OF APPEAL

Notice is hereby given this _27th_ day of _AUGUST_ , 20 _07_ , that

_CHARLES M. BAGENSTOSE_

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _16th_ day of _AUGUST_ , 20 _07_

in favor of _DISTRICT OF COLUMBIA, et. al._

against said _Charles M. Bagenstose_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:  _PHILLIP A. LATTIMORE, III, SECTION CHIEF_
_GENERAL LITIGATION SECTION III_
_SIXTH FLOOR SOUTH_
_441 4th STREET, N.W,_
_WASHINGTON, D.C. 20001_

Pd. Fee $455.00

**RECEIVED**

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT