# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5293**

[1097112]
Charles M. Bagenstose,
    Appellant

v.

The Government of the District of Columbia and
Equal Employment Opportunity Commission,
    Appellees

**September Term, 2007**

06cv01245

**Filed On: February 5, 2008**

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

| ISSUED: | |
| --- | --- |
| BY: | |
| ATTACHED: | ___ Amending Order |
| | ___ Opinion |
| | ___ Order on Costs |

**BEFORE:**    Sentelle, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motions for summary affirmance and the oppositions thereto, it is

**ORDERED** that the motions for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary affirmance. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not err in granting the Equal Employment Opportunity Commission's motion to dismiss, see, e.g., Smith v. Casellas, 119 F.3d 33 (D.C. Cir. 1997) (per curiam), or the District of Columbia's motion for summary judgment. See, e.g., Kremer v. Chemical Construction Corp., 456 U.S. 461 (1982).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk